UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**AUDREY GOVER,**

    **Plaintiff,**

**v.**                                              **Case No. 5:24-CV-1358-JKP**

**BLACK LABEL SERVICES, INC., and**
**BLACK LABEL SERVICES, INC. –**
**SOUTH TEXAS,**

    *Defendants*.

## FINAL JUDGMENT

The Court has considered the issues presented in this action and rendered its decision. For the reasons stated in the Order Accepting Report and Recommendation of United States Magistrate Judge issued contemporaneously with this Final Judgment, the Court **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(b) for Plaintiff's failure to prosecute this case and for her failure to comply with court orders. The Court also sanctions counsel for Plaintiff, Robert A. Valdez in the following respects. Mr. Valdez shall pay Defendants $1,000.00 as a monetary sanction to be split equally between the Defendants unless Defendants agree to a different split. Mr. Valdez shall pay his client, Audrey Gover, $1,000.00 as a monetary sanction for his conduct in this case. Lastly, the Court will report Mr. Valdez to the disciplinary board for his inaction in this case. Given these sanctions, the Court issues this Final Judgment pursuant to Fed. R. Civ. P. 58.

**IT IS SO ORDERED this 2nd day of October 2025.**

*[signature: Jason Pulliam]*

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**